Case Caption: **D&D Electrical Construction Company Inc. v. JDS Construction Group LLC et al**

Judge Name: **Nancy M. Bannon**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT *Corrected* <br> Summons & Verified Complaint | Processed | 10/05/2021 | Samuels, J. |
| 2 | RJI -RE: OTHER <br> Request to be assigned to Commercial Division | Processed | 10/06/2021 | Swayze, D. |
| 3 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 10/06/2021 | Swayze, D. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service of Summons, Verified Complaint, RJI, RJI Commercial Division Addendum, and Noti | Processed | 10/12/2021 | Samuels, J. |
| 5 | AFFIRMATION/AFFIDAVIT OF SERVICE <br> Affidavit of Service of Summons, Verified Complaint, RJI, RJI Commercial Division Addendum, and Noti | Processed | 10/12/2021 | Samuels, J. |
| 6 | STIPULATION - TIME TO ANSWER | Processed | 12/27/2021 | Swayze, D. |
| 7 | STIPULATION - TIME TO ANSWER | Processed | 01/14/2022 | Augello, C. |
| 8 | ANSWER WITH COUNTER-CLAIM(S) | Processed | 01/31/2022 | Augello, C. |
| 9 | COURT NOTICE | Processed | 02/10/2022 | Court User |
| 10 | REPLY TO COUNTERCLAIM(S) | Processed | 02/22/2022 | Swayze, D. |
| 11 | PRELIMINARY CONFERENCE ORDER (PROPOSED) | Processed | 05/05/2022 | Zerykier, A. |
| 12 | ORDER - PRELIMINARY CONFERENCE | Processed | 05/06/2022 | Court User |
| 13 | LETTER / CORRESPONDENCE TO JUDGE <br> Compliance Conference Dial-In Information | Processed | 08/30/2022 | Swayze, D. |
| 14 | ORDER - STATUS CONFERENCE | Processed | 09/13/2022 | Court User |
| 15 | ORDER - STATUS CONFERENCE | Processed | 11/28/2022 | Court User |
| 16 | ORDER - STATUS CONFERENCE | Processed | 11/30/2022 | Court User |
| 17 | ORDER - STATUS CONFERENCE | Processed | 03/21/2023 | Court User |
| 18 | NOTICE OF APPEARANCE (POST RJI) | Processed | 10/13/2023 | Augello, C. |
| 19 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 10/13/2023 | Augello, C. |
| 20 | COURT NOTICE <br> Filing on Behalf of - France Svistovski, Commercial Division Law Clerk | Processed | 10/13/2023 | Court User |
| 21 | ORDER - STATUS CONFERENCE | Processed | 10/24/2023 | Court User |

Case 7:24-cv-08410-KMK   Document 1-1   Filed 11/04/24   Page 2 of 2

NYSCEF
New York County Supreme Court

**Document List**
**Index #**   **655742/2021**

Created on:11/04/2024 09:12 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 22 | LETTER / CORRESPONDENCE TO JUDGE | Processed | 11/02/2023 | Zerykier, A. |
| 23 | STIPULATION - DISCOVERY ( REQUEST TO SO ORDER ) | Processed | 11/02/2023 | Zerykier, A. |
| 24 | STIPULATION - SO ORDERED | Processed | 11/02/2023 | Court User |
| 25 | NOTIFICATION FROM COURT | Processed | 03/15/2024 | Court User |
| 26 | ORDER ( PROPOSED )<br>Proposed Status Conference Order | Pending | 03/20/2024 | Zerykier, A. |
| 27 | ORDER - STATUS CONFERENCE | Processed | 03/27/2024 | Court User |
| 28 | ORDER ( PROPOSED )<br>STATUS CONFERENCE ORDER | Processed | 07/11/2024 | Augello, C. |
| 29 | ORDER - STATUS CONFERENCE | Processed | 07/15/2024 | Court User |
| 30 | LETTER / CORRESPONDENCE TO JUDGE<br>Letter re D&D Electrical Construction Company, Inc. Bankruptcy | Processed | 09/03/2024 | Augello, C. |
| 31 | ORDER - OTHER (NON-MOTION)<br>BANKRUPTCY STAY | Processed | 09/11/2024 | Court User |
| 32 | NOTICE OF BANKRUPTCY (POST RJI) | Processed | 09/12/2024 | Bronshteyn, L. |
| 33 | EXHIBIT(S) - A<br>Notice of Bankruptcy filing | Processed | 09/12/2024 | Bronshteyn, L. |