# U.S. Bankruptcy Court
## Southern District of New York (White Plains)
### Bankruptcy Petition #: 24-22694-shl

*Assigned to:* Judge Sean H. Lane
Chapter 11
Voluntary
Asset

*Date filed:* 08/06/2024
*341 meeting:* 09/05/2024

*Debtor*
**D&D Electrical Construction Company Inc.**
230 South 5th Avenue
Mount Vernon, NY 10550
WESTCHESTER-NY
Tax ID / EIN: 27-4100716

represented by **Julie Cvek Curley**
Kirby Aisner & Curley LLP
700 Post Road
Suite 237
Scarsdale, NY 10583
914-401-9503
Email: jcurley@kacllp.com

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
(212) 510-0500

represented by **Andrea Beth Schwartz**
DOJ-Ust
Alexander Hamilton U.S. Custom House
One Bowling Green
., Room 534
New York, NY 10004
212-510-0500
Email: andrea.b.schwartz@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 08/06/2024 | 1 (10 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Chapter 11 Statement of Current Monthly Income Form 122B Due 08/20/2024. Schedule A/B due 08/20/2024. Schedule D due 08/20/2024. Schedule E/F due 08/20/2024. Schedule G due 08/20/2024. Schedule H due 08/20/2024. Summary of Assets and Liabilities due 08/20/2024. Statement of Financial Affairs due 08/20/2024. Atty Disclosure State. due 08/20/2024. Declaration of Schedules due 08/20/2024. Bankruptcy Petition Preparer Notice, Declaration and Signature Form 119 due 08/20/2024. List of all creditors **DUE at Time of Filing**. Incomplete Filings due by 08/20/2024, Chapter 11 Plan due by 12/4/2024, Disclosure Statement due by 12/4/2024, Initial Case Conference due by 9/5/2024, Filed by Julie Cvek Curley of Kirby Aisner & Curley LLP on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) Modified on 8/6/2024 (Porter, Minnie). (Entered: 08/06/2024) |
| 08/06/2024 | | Judge Sean H. Lane added to the case. (Porter, Minnie). (Entered: 08/06/2024) |

| | | |
|---|---|---|
| 08/06/2024 | | Pending Deadlines Terminated: *Chapter 11 Income Form 122B*. (Porter, Minnie). (Entered: 08/06/2024) |
| 08/06/2024 | | Pending Deadlines Terminated: *BPP Official Form 119*. (Porter, Minnie). (Entered: 08/06/2024) |
| 08/06/2024 | | Receipt of Voluntary Petition (Chapter 11)( 24-22694) [misc,824] (1738.00) Filing Fee. Receipt number A16746729. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 08/06/2024) |
| 08/07/2024 | 2 (16 pgs; 3 docs) | Affidavit Pursuant to LR 1007-2 /*Declaration of Stephen Buckley Pursuant to LBR 1007-2 and in Support of First Day Motions* Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B)(Curley, Julie) (Entered: 08/07/2024) |
| 08/07/2024 | 3 (29 pgs; 5 docs) | Motion to Approve Use of Cash Collateral filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Curley, Julie) (Entered: 08/07/2024) |
| 08/07/2024 | 4 (37 pgs; 3 docs) | Motion to Pay Creditors /*Pay Pre-Petition Employee Wages and Benefits* filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Curley, Julie) (Entered: 08/07/2024) |
| 08/07/2024 | 5 (4 pgs; 2 docs) | Notice of 341(a) Meeting of Creditors 341(a) meeting to be held on 9/5/2024 at 01:00 PM at Office of UST (TELECONFERENCE ONLY) - CHAPTER 11s. (Vargas, Ana) (Entered: 08/07/2024) |
| 08/07/2024 | 6 (2 pgs) | Notice of Hearing *on First Day Motions* (related document(s)3, 4) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 8/8/2024 at 10:00 AM at Videoconference (ZoomGov) (SHL) (Curley, Julie) (Entered: 08/07/2024) |
| 08/07/2024 | 7 (2 pgs) | Notice of Appearance filed by Jill Levi on behalf of H.H. Benfield Electric Supply Company Inc., Benfield Electric Supply Corp., Midtown Electric Supply Corp., Colonial Electric Supply Company, Inc., Redlyn Electric Corp. d/b/a Louis Shiffman Electric. (Levi, Jill) (Entered: 08/07/2024) |
| 08/07/2024 | 8 (3 pgs) | Statement *Pursuant to Bankruptcy Rule 2019* filed by Jill Levi on behalf of Benfield Electric Supply Corp., Colonial Electric Supply Company, Inc., H.H. Benfield Electric Supply Company Inc., Midtown Electric Supply Corp., Redlyn Electric Corp. d/b/a Louis Shiffman Electric. (Levi, Jill) (Entered: 08/07/2024) |

| | | |
|---|---|---|
| 08/08/2024 | [9](#)<br>(1 pg) | Notice of Appearance filed by Jonathan Bondy on behalf of United States Fire Insurance Company. (Bondy, Jonathan) (Entered: 08/08/2024) |
| 08/08/2024 | [10](#)<br>(1 pg) | Balance Sheet *dated August 6, 2024* Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/08/2024) |
| 08/08/2024 | [11](#)<br>(2 pgs) | Notice of Appearance filed by Robert J. Ansell on behalf of Impulse Electrical Supply, Inc. d/b/a L.I. Electrical Distributing Co.. (Ansell, Robert) (Entered: 08/08/2024) |
| 08/09/2024 | [12](#)<br>(3 pgs; 2 docs) | Application for Pro Hac Vice Admission filed by Joseph L. Schwartz on behalf of Lakeland Bank. (Attachments: # [1](#) Proposed Order) (Schwartz, Joseph) (Entered: 08/09/2024) |
| 08/09/2024 | [13](#)<br>(3 pgs) | Notice of Appearance filed by Joseph L. Schwartz on behalf of Lakeland Bank. (Schwartz, Joseph) (Entered: 08/09/2024) |
| 08/09/2024 | [14](#)<br>(6 pgs) | Certificate of Mailing Re: Notice of 341(a) Meeting of Creditors (related document(s) (Related Doc # [5](#))) . Notice Date 08/09/2024. (Admin.) (Entered: 08/10/2024) |
| 08/12/2024 | | Receipt of Application for Pro Hac Vice Admission( [24-22694-shl](#)) [motion,122] ( 200.00) Filing Fee. Receipt number A16753718. Fee amount 200.00. (Re: Doc # [12](#)) (U.S. Treasury) (Entered: 08/12/2024) |
| 08/12/2024 | [15](#)<br>(2 pgs) | Notice of Appearance filed by Michael J. Stafford on behalf of ACE WIRE & CABLE CO, INC. (Stafford, Michael) (Entered: 08/12/2024) |
| 08/13/2024 | [16](#)<br>(42 pgs) | Statement /*Debtor's Supplement to Motion to Pay Employee Wages (August 13, 2024 Payroll Report)* (related document(s)[4](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/13/2024) |
| 08/13/2024 | [17](#)<br>(2 pgs) | Notice of Hearing /*Notice of Second Interim Hearing on Debtor's Cash Collateral Motion* (related document(s)[3](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 8/15/2024 at 10:00 AM at Videoconference (ZoomGov) (SHL) (Curley, Julie) (Entered: 08/13/2024) |
| 08/14/2024 | [18](#)<br>(3 pgs) | Notice of Appearance filed by Douglas J. Pick on behalf of Urban Atelier Group, LLC. (Pick, Douglas) (Entered: 08/14/2024) |

| | | |
|---|---|---|
| 08/14/2024 | [19](#)<br>(6 pgs; 2 docs) | Application to Extend Time to File Schedules filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # [1](#) Exhibit A - Proposed Order) (Curley, Julie) (Entered: 08/14/2024) |
| 08/14/2024 | [20](#)<br>(3 pgs) | Notice of Appearance filed by Jonathan Samter on behalf of Urban Atelier Group, LLC. (Samter, Jonathan) (Entered: 08/14/2024) |
| 08/14/2024 | [21](#)<br>(42 pgs) | Response to Motion /*VERIFIED RESPONSE OF PROVIDENT BANK, AS SUCCESSOR BY MERGER TO LAKELAND BANK, TO THE DEBTORS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2) AND BANKRUPTCY RULE 4001, AND (II) PROVIDING ADEQUATE PROTECTION PURSUANT TO 11 U.S.C. §§ 361 AND 362* (related document(s)[3](#)) filed by Joseph L. Schwartz on behalf of Lakeland Bank. (Schwartz, Joseph) (Entered: 08/14/2024) |
| 08/14/2024 | [22](#)<br>(3 pgs) | Notice of Appearance filed by Ira M. Schulman on behalf of Tishman Construction Corporation of New York DBA AECOM Tishman. (Schulman, Ira) (Entered: 08/14/2024) |
| 08/14/2024 | [23](#)<br>(1 pg) | Notice of Appearance filed by Steven S. Katz on behalf of United States Fire Insurance Company. (Katz, Steven) (Entered: 08/14/2024) |
| 08/15/2024 | [24](#)<br>(8 pgs; 2 docs) | Notice of Proposed Order /*Proposed Second Interim Cash Collateral Order with Budget* (related document(s)[3](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 8/15/2024 at 10:00 AM at Videoconference (ZoomGov) (SHL) (Attachments: # [1](#) Exhibit A - 2nd Interim Budget)(Curley, Julie) (Entered: 08/15/2024) |
| 08/15/2024 | [25](#)<br>(2 pgs) | Certificate of Service (related document(s)[21](#)) Filed by Joseph L. Schwartz on behalf of Lakeland Bank. (Schwartz, Joseph) (Entered: 08/15/2024) |
| 08/15/2024 | [26](#)<br>(3 pgs) | Notice of Appearance filed by Arthur Semetis on behalf of Urban Atelier Group, LLC. (Semetis, Arthur) (Entered: 08/15/2024) |
| 08/16/2024 | [27](#)<br>(10 pgs) | First Interim Order Signed On 8/16/2024, Authorizing Debtor's Use Of Cash Collateral And Providing Adequate Protection Therefor (related document(s)[3](#)) (Ebanks, Liza) (Entered: 08/16/2024) |
| 08/16/2024 | [28](#)<br>(44 pgs) | First Interim Order Signed On 8/16/2024, (I) Authorizing The Debtor To Pay And Honor Certain Pre-Petition Claims For (A) Wages, Salaries, Employee Benefits And Other Compensation, |

| | | |
|---|---|---|
| | | And (B) Withholdings And Deductions; And (II) Directing Banks To Receive, Process, Honor And Payall Checks Presented For Payment And Electronic Payment Requests Relating To The Foregoing; With Final Hearing to be held on 8/28/2024 at 09:30 AM at Videoconference (ZoomGov) (SHL) (related document(s)4) (Ebanks, Liza) (Entered: 08/16/2024) |
| 08/16/2024 | [29](#) <br> (9 pgs) | Second Interim Order Signed On 8/16/2024, Authorizing Debtor's Use Of Cash Collateral And Providing Adequate Protection Therefor; With Third Interim Hearing To Be Held On 8/28/2024 at 09:30 AM at Videoconference (ZoomGov) (SHL) (related document(s)3) (Ebanks, Liza) (Entered: 08/16/2024) |
| 08/16/2024 | [30](#) <br> (4 pgs; 2 docs) | Notice of Appearance / *Notice of Entry of Appearance and Demand for Notices and Papers* filed by Matthew R. Brooks on behalf of Bayside Gowanus Owner, L.L.C.. (Attachments: # 1 Certificate of Service)(Brooks, Matthew) (Entered: 08/16/2024) |
| 08/19/2024 | [31](#) <br> (17 pgs; 3 docs) | Application to Employ Kirby Aisner & Curley LLP as Attorneys for the Debtor filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc. with presentment to be held on 9/5/2024 (check with court for location). (Attachments: # 1 Exhibit A - Declaration # 2 Exhibit B - Proposed Order) (Curley, Julie) (Entered: 08/19/2024) |
| 08/19/2024 | [32](#) <br> (27 pgs; 3 docs) | Application to Employ CFGI as Financial Advisors to the Debtor filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc. with presentment to be held on 9/5/2024 (check with court for location). (Attachments: # 1 Exhibit A # 2 Exhibit B) (Curley, Julie) (Entered: 08/19/2024) |
| 08/22/2024 | [33](#) <br> (3 pgs) | Notice of Appearance filed by Cesar F. Pereira on behalf of Tishman Construction Corporation of New York DBA AECOM Tishman. (Pereira, Cesar) (Entered: 08/22/2024) |
| 08/26/2024 | [34](#) <br> (2 pgs) | Notice of Meeting of Creditors *Instructions for Telephonic Participation at Section 341 Meeting of Creditors* (related document(s)5) filed by Andrea Beth Schwartz on behalf of United States Trustee. (Schwartz, Andrea) (Entered: 08/26/2024) |
| 08/26/2024 | [35](#) <br> (4 pgs) | Certificate of Service *re: Retention Applications; and Interim Cash Collateral Orders* (related document(s)32, 29, 31, 28) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/26/2024) |
| 08/26/2024 | [36](#) <br> (13 pgs) | Status Report /*Debtor's Status Report and Proposed Third Interim Cash Collateral Order with Budget* Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/26/2024) |

| | | |
|---|---|---|
| 08/27/2024 | [37](#) (2 pgs) | Notice of Appearance filed by Jeffrey K. Cymbler on behalf of NYS Department of Taxation & Finance. (Cymbler, Jeffrey) (Entered: 08/27/2024) |
| 08/28/2024 | [38](#) (2 pgs) | Notice of Appearance *by Jill Levi on behalf of ULE Group, Corp., Expressive Lighting Inc., and Cooper Electric Supply, LLC* filed by Jill Levi on behalf of Cooper Electric Supply, LLC, Expressive Lighting Inc., ULE Group, Corp.. (Levi, Jill) (Entered: 08/28/2024) |
| 08/28/2024 | [39](#) (2 pgs) | Statement *Pursuant to Bankruptcy Rule 2019* filed by Jill Levi on behalf of Cooper Electric Supply, LLC, Expressive Lighting Inc., ULE Group, Corp.. (Levi, Jill) (Entered: 08/28/2024) |
| 08/28/2024 | [40](#) (14 pgs; 2 docs) | Application for FRBP 2004 Examination *of the Debtor* filed by Douglas J. Pick on behalf of Urban Atelier Group, LLC. (Attachments: # [1](#) Exhibit A (Proposed Order)) (Pick, Douglas) (Entered: 08/28/2024) |
| 08/28/2024 | [41](#) (1 pg) | Response to Motion /*Letter to Judge Lane Requesting Consideration of FRBP 2004 Application on presentment or hearing* (related document(s)[40](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/28/2024) |
| 08/28/2024 | [42](#) (1 pg) | Order Signed On 8/28/2024, Scheduling Initial Case Conference; With hearing to be held on 9/5/2024 at 09:30 AM at Videoconference (ZoomGov) (SHL) (Ebanks, Liza) (Entered: 08/28/2024) |
| 08/28/2024 | [43](#) (1 pg) | Order Signed On 8/28/2024, Extending Time For The Debtor To File Its Schedules And Statement Of Financial Affairs To September 3, 2024 (Related Doc # [19](#)) (Ebanks, Liza) (Entered: 08/28/2024) |
| 08/28/2024 | [44](#) (3 pgs) | Second Interim Order Signed On 8/28/2024, (I) Authorizing The Debtor To Pay And Honor Certain Pre-Petition Claims For (A) Wages, Salaries, Employee Benefits And Other Compensation, And (B) Withholdings And Deductions; And (II) Directing Banks To Receive, Process, Honor And Payall Checks Presented For Payment And Electronic Payment Requests Relating To The Foregoing; With Final hearing to be held on 9/5/2024 at 09:30 AM at Videoconference (ZoomGov) (SHL) (related document(s)[4](#)) (Ebanks, Liza) (Entered: 08/28/2024) |

| | | |
|---|---|---|
| 08/28/2024 | [45](#)<br>(13 pgs) | Third Interim Order Signed On 8/28/2024, Authorizing Debtor's Use Of Cash Collateral And Providing Adequate Protection Therefor; With The Fourth Interim Hearing To Be Held On 9/5/2024 at 09:30 AM at Videoconference (ZoomGov) (SHL) (related document(s)[3](#))(Ebanks, Liza) (Entered: 08/28/2024) |
| 08/28/2024 | [46](#)<br>(2 pgs) | Reply to Motion *Reply Letter to Judge Lane* (related document(s)[40](#)) filed by Douglas J. Pick on behalf of Urban Atelier Group, LLC. (Pick, Douglas) (Entered: 08/28/2024) |
| 08/29/2024 | [47](#)<br>(6 pgs) | Certificate of Service *of an Order Scheduling Case Status Conference* (related document(s)[42](#)) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/29/2024) |
| 08/29/2024 | [48](#)<br>(4 pgs) | Certificate of Service *re: Third Interim Order Authorizing Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. section 363 and Approving Adequate Protection therefore Pursuant to sections 361 and 362 together with related exhibit* (related document(s)[45](#)) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 08/29/2024) |
| 09/03/2024 | [49](#)<br>(12 pgs) | Statement / *Proposed 4th Interim Cash Collateral Order with Budget* (related document(s)[3](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 9/5/2024 at 09:30 AM at Courtroom 118, White Plains Courthouse (Curley, Julie) (Entered: 09/03/2024) |
| 09/04/2024 | [50](#)<br>(3 pgs) | Notice of Appearance filed by Salvatore LaMonica on behalf of Stephen Buckley. (LaMonica, Salvatore) (Entered: 09/04/2024) |
| 09/04/2024 | [51](#)<br>(42 pgs) | Schedules filed: Schedule A/B - Non-Individual, Schedule D - **$34.00; Receipt # 70000660 for added creditors** - Non-Individual, Schedule E/F - Non-Individual, Schedule G - Non-Individual, Schedule H - Non-Individual , *Summary of Schedules, and Statement of Financial Affairs* Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie)**Modified on 9/16/2024 to reflect the entry of filing fee receipt.** (Tavarez, Arturo). (Entered: 09/04/2024) |
| 09/04/2024 | [52](#)<br>(9 pgs) | Statement /*Amended Budget for 4th Interim Cash Collateral Period (changes only to operating expenses)* (related document(s)[3](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 9/5/2024 at 09:30 AM at Courtroom 118, White Plains Courthouse (Curley, Julie) (Entered: 09/04/2024) |

| | | |
|---|---|---|
| 09/04/2024 | 53<br>(25 pgs; 2 docs) | Opposition *to Debtor's Application for a Fourth Interim Order Authorizing Use of Cash Collateral and Providing Adequate Protection* filed by Douglas J. Pick on behalf of Urban Atelier Group, LLC. (Attachments: # 1 Exhibit Affidavit of Thomas C. Neuhs) (Pick, Douglas) (Entered: 09/04/2024) |
| 09/05/2024 | 54<br>(1 pg) | Letter / *Notice of Adjournment of Section 341(a) Meeting of Creditors from September 5, 2024 to September 17, 2024 at 1:30 PM* Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 09/05/2024) |
| 09/05/2024 | 55<br>(3 pgs) | First Notice of Appearance filed by David C Berg on behalf of Atlas Switch Company, Inc.. (Berg, David) (Entered: 09/05/2024) |
| 09/05/2024 | 56<br>(13 pgs) | Fourth Interim Order Signed On 9/5/2024, Authorizing Debtor's Use Of Cash Collateral And Providing Adequate Protection Thereof. With Fifth Interim Hearing To Be Held On 9/18/2024 at 01:00 PM at Videoconference (ZoomGov) (SHL) (related document(s)3) (Ebanks, Liza) (Entered: 09/05/2024) |
| 09/05/2024 | 57<br>(3 pgs) | Final Order Signed On 9/5/2024, (I) Authorizing The Debtor To Pay And Honor Certain Pre-Petition Claims For (A) Wages, Salaries, Employee Benefits And Other Compensation, And (B) Withholdings And Deductions; And (II) Directing Banks To Receive, Process, Honor And Pay All Checks Presented For Payment And Electronic Payment Requests Relating To The Foregoing (Related Doc # 4) (Ebanks, Liza) (Entered: 09/05/2024) |
| 09/06/2024 | 58<br>(4 pgs) | Certificate of Service *re: Fourth Interim Order Authorizing Debtor's Use of Cash Collateral Pursuant to 11 U.S.C. Section 363 and Providing Adequate Protection therefor pursuant to sections 361 and 362* (related document(s)56) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 09/06/2024) |
| 09/09/2024 | 59<br>(2 pgs) | Notice of Appearance filed by Phillip Pavlick on behalf of FCS Metro, LLC. (Pavlick, Phillip) (Entered: 09/09/2024) |
| 09/09/2024 | | Pending Deadlines Terminated: Schedules Filed (Related Doc 51); 14 Creditors Added-Fee Pending. (Rai, Narotam) (Entered: 09/09/2024) |
| 09/10/2024 | 60<br>(30 pgs; 6 docs) | Affidavit /*Declaration of Stephen Buckley Regarding NY Lien Law Article 3A Claims for Sackett/Bond Project, IFly Project, 1 Java Project, Mercedes Project, Packer Project, and Rolex Project* (related document(s)56, 45) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 IFly Project # 2 1 Java Project # 3 Mercedes |

| | | |
|---|---|---|
| | | Project # [4](#) Packer Project # [5](#) Rolex Project)(Curley, Julie) (Entered: 09/10/2024) |
| 09/11/2024 | [61](#) <br> (2 pgs) | Notice of Appearance filed by Scott A. Steinberg on behalf of Archstone Builders LLC. (Steinberg, Scott) (Entered: 09/11/2024) |
| 09/12/2024 | [62](#) <br> (2 pgs) | Notice of Appearance filed by Scott A. Steinberg on behalf of J.T. Magen & Company, Inc.. (Steinberg, Scott) (Entered: 09/12/2024) |
| 09/12/2024 | [63](#) <br> (64 pgs; 6 docs) | Motion to Compel *Debtor's Motion (I) to Enforce 4th Interim Cash Collateral Order and Compel Archstone Builders LLC to Remit Requisition Payments, (II) Granting an Award for Damages, and (III) Request for Hearing on Shortened Notice* filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc. with hearing to be held on 9/13/2024 at 03:30 PM at Videoconference (ZoomGov) (SHL). (Attachments: # [1](#) Curley Declaration # [2](#) Exhibit A # [3](#) Exhibit B # [4](#) Exhibit C # [5](#) Exhibit D) (Curley, Julie) (Entered: 09/13/2024) |
| 09/13/2024 | [64](#) <br> (3 pgs) | Order Signed On 9/13/2024, Scheduling Hearing On Shortened Notice Re: Debtor's Motion (I) To Enforce 4th Interim Cash Collateral Order And Compel Archstone Builders LLC To Remit Requisition Payments, (II) Granting An Award For Damages, And (III) Request For Hearing On Shortened Notice; With hearing to be held on 9/13/2024 at 03:30 PM at Videoconference (ZoomGov) (SHL) (related document(s)[63](#)) (Ebanks, Liza) (Entered: 09/13/2024) |
| 09/13/2024 | [65](#) <br> (2 pgs) | Certificate of Service *of Order Scheduling Hearing and Motion to Compel* (related document(s)[63](#), [64](#)) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 09/13/2024) |
| 09/13/2024 | [66](#) <br> (2 pgs) | Notice of Appearance filed by Adam Phillip Wald on behalf of Archstone Builders LLC. (Wald, Adam) (Entered: 09/13/2024) |
| 09/13/2024 | [67](#) <br> (2 pgs) | Notice of Appearance filed by Adam Phillip Wald on behalf of J.T. Magen & Company, Inc.. (Wald, Adam) (Entered: 09/13/2024) |
| 09/16/2024 | [68](#) <br> (6 pgs) | Notice of Proposed Order /*Proposed 5th Interim Cash Collateral Order* (related document(s)[3](#)) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 9/18/2024 at 10:00 AM at Videoconference (ZoomGov) (SHL) (Curley, Julie) (Entered: 09/16/2024) |
| | | |

| | | |
|---|---|---|
| 09/17/2024 | 69 (2 pgs) | Notice of Appearance filed by Manny A. Frade on behalf of Archstone Builders LLC. (Frade, Manny) (Entered: 09/17/2024) |
| 09/17/2024 | 70 (2 pgs) | Notice of Appearance filed by Manny A. Frade on behalf of J.T. Magen & Company, Inc.. (Frade, Manny) (Entered: 09/17/2024) |
| 09/17/2024 | 71 (40 pgs; 4 docs) | Objection *Archstone Builders LLC's Limited Objection to Debtor's Proposed Fifth Interim Order* (related document(s)68) filed by Manny A. Frade on behalf of Archstone Builders LLC. (Attachments: # 1 Exhibit A - Draft Requisitions # 2 Exhibit B - Notarized Requisitions # 3 Exhibit C - Magnolia Project Subcontract) (Frade, Manny) (Entered: 09/17/2024) |
| 09/18/2024 | 72 (2 pgs) | Notice of Appearance filed by Jill Levi on behalf of M&A Consulting Strategies, LLC d/b/a MACS Lighting. (Levi, Jill) (Entered: 09/18/2024) |
| 09/20/2024 | 73 (7 pgs) | Order Signed On 09/20/2024 Re: Fifth Interim Order Authorizing Debtor's Use Of Cash Collateral Pursuant To 11 U.S.C. § 363 And Approving Adequate Protection Therefor Pursuant To §§ 361 And 362, (related document(s)4); With A Hearing To Be Held On: 10/09/2024 at 10:00 AM at Videoconference (ZoomGov) (SHL). (Mercado, Tracey) (Entered: 09/20/2024) |
| 09/20/2024 | 74 (5 pgs) | Certificate of Service *re: Fifth Interim Order Authorizing Use of Cash Collateral* (related document(s)73) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 09/20/2024) |
| 09/24/2024 | 75 (12 pgs; 3 docs) | Amended Declaration *of Julie Cvek Curley, Esq. in Support of Debtor's Application to Employ and Retain Kirby Aisner & Curley LLP as Attorneys for the Debtor Effective as of August 6, 2024* (related document(s)31) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibit 1 - List of Conflict Parties # 2 Proposed Order) (Curley, Julie) (Entered: 09/24/2024) |
| 09/24/2024 | 76 (19 pgs; 3 docs) | Amended Declaration *of Joseph Baum in Support of Order Authorizing and Approving Retention of CFGI as Financial Advisors to the Debtor* (related document(s)32) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibit A - Conflict Parties # 2 Exhibit B - Proposed Order) (Curley, Julie) (Entered: 09/24/2024) |
| 09/26/2024 | 77 (17 pgs; 4 docs) | Motion to Set Last Day to File Proofs of Claim filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibit A- Bar Date Order # |

| | | |
|---|---|---|
| | | 2 Exhibit B- Bar Date Notice # 3 Notice of Presentment) (Curley, Julie) (Entered: 09/26/2024) |
| 09/26/2024 | 78 (2 pgs) | Notice of Presentment (related document(s)77) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with presentment to be held on 10/21/2024 at 12:00 PM at Videoconference (ZoomGov) (SHL) (Curley, Julie) (Entered: 09/26/2024) |
| 09/26/2024 | 79 (5 pgs) | Certificate of Service *Notice of Presentment of Motion for Order Establishing Deadline for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof together with Motion and related exhibits thereto* (related document(s)78, 77) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 09/26/2024) |
| 10/04/2024 | 80 (15 pgs) | Notice of Proposed Order /*Proposed Final Cash Collateral Order and Budget* (related document(s)3) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 10/04/2024) |
| 10/08/2024 | 81 (3 pgs) | Objection *Limited Objection to the Debtor's Proposed Final Interim Cash Collateral Order* (related document(s)80) filed by Manny A. Frade on behalf of Archstone Builders LLC. (Frade, Manny) (Entered: 10/08/2024) |
| 10/08/2024 | 82 (2 pgs) | Objection to Motion *Limited* (related document(s)3) filed by Robert J. Ansell on behalf of Impulse Electrical Supply, Inc. d/b/a L.I. Electrical Distributing Co.. (Ansell, Robert) (Entered: 10/08/2024) |
| 10/08/2024 | 83 (27 pgs; 2 docs) | Chapter 11 Monthly Operating Report for the Month Ending: 08/31/2024 Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Attachments: # 1 Exhibits)(Curley, Julie) (Entered: 10/08/2024) |
| 10/08/2024 | 84 (34 pgs; 3 docs) | Omnibus Response to Motion /*Omnibus Response to Archstone Limited Objection and Impulse Limited Objection to Final Cash Collateral Order* (related document(s)3) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. with hearing to be held on 10/9/2024 (check with court for location) (Attachments: # 1 Exhibit A - Proposed Final Order # 2 Redlined Version of Proposed Final Order) (Curley, Julie) (Entered: 10/08/2024) |
| 10/09/2024 | 85 (3 pgs) | Order Signed On 10/9/2024, Authorizing And Approving Retention Of Kirby Aisner & Curley, LLP As Attorneys For Debtor, Effective As Of August 6, 2024 (Related Doc # 31) (Ebanks, Liza) (Entered: 10/09/2024) |

| | | |
|---|---|---|
| 10/09/2024 | 86 (3 pgs) | Order Signed On 10/9/2024, Authorizing And Approving Employment Of CFGI As Financial Advisors To The Debtor, Effective As Of August 6, 2024 (Related Doc # 32) (Ebanks, Liza) (Entered: 10/09/2024) |
| 10/11/2024 | 87 (19 pgs; 3 docs) | Motion to Approve /*Debtor's Motion for Entry of an Order Modifying the Automatic Stay Imposed by 11 U.S.C. 362(a) and Approving the Stipulation Between and Among the Debtor, UAG, Firecom, Ledpax, and Kinsley Consenting to Modification of the Existing Subcontract with the Debtor for the Sackett/Bond Project* filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc. with hearing to be held on 10/23/2024 at 11:30 AM at Videoconference (ZoomGov) (SHL) Responses due by 10/18/2024,. (Attachments: # 1 Exhibit A - Stipulation # 2 Exhibit B - Proposed Order) (Curley, Julie) (Entered: 10/11/2024) |
| 10/14/2024 | 88 (2 pgs) | Notice of Appearance filed by Daniel F.X. Geoghan on behalf of The Vorea Construction Companies, LLC. (Geoghan, Daniel) (Entered: 10/14/2024) |
| 10/15/2024 | 89 (2 pgs) | Order Signed On 10/15/2024, Scheduling Hearing On Shortened Notice To Consider Debtor's Motion To Approve Entry of an Order Modifying the Automatic Stay Imposed by 11 U.S.C. 362(a) and Approving the Stipulation Between and Among the Debtor, UAG, Firecom, Ledpax, and Kinsley Consenting to Modification of the Existing Subcontract with the Debtor for the Sackett/Bond Project; With hearing to be held on 10/23/2024 at 11:30 AM at Videoconference (ZoomGov) (SHL)(related document(s)87) (Ebanks, Liza) (Entered: 10/15/2024) |
| 10/17/2024 | 90 (16 pgs) | Final Order Signed On 10/17/2024, Authorizing Debtor's Use Of Cash Collateral And Providing Adequate Protection (Related Doc # 3) (Ebanks, Liza) (Entered: 10/17/2024) |
| 10/17/2024 | 91 (4 pgs) | Certificate of Service (related document(s)87, 89) Filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 10/17/2024) |
| 10/21/2024 | 92 (6 pgs) | Objection to Motion (related document(s)87) filed by Robert J. Ansell on behalf of Impulse Electrical Supply, Inc. d/b/a L.I. Electrical Distributing Co.. (Ansell, Robert) (Entered: 10/21/2024) |
| 10/21/2024 | 93 (33 pgs; 5 docs) | Objection to Motion *for Order Modifying the Automatic Stay and Approving the Modification of Subcontract* (related document(s)87) filed by Jill Levi on behalf of Benfield Electric Supply Corp., Colonial Electric Supply Company, Inc., Cooper Electric Supply, LLC, Midtown Electric Supply Corp.. (Attachments: # 1 Exhibit Exhibit A - Mechanic's Liens Filed by Benfield # 2 Exhibit Exhibit B - Mechanic's Lien filed by |

| | | |
|---|---|---|
| | | Colonial # 3 Exhibit Exhibit C - Mechanic's Lien filed by Midtown # 4 Exhibit Exhibit D - Mechanic's Liens filed by Cooper) (Levi, Jill) (Entered: 10/21/2024) |
| 10/21/2024 | 94 (2 pgs) | Objection to Motion (related document(s)87) filed by Michael J. Stafford on behalf of ACE WIRE & CABLE CO, INC. (Stafford, Michael) (Entered: 10/21/2024) |
| 10/22/2024 | 95 (8 pgs) | Response *Urban Atelier Group, LLC's Response to Objections to Debtor's Motion for Relief From the Automatic Stay* (related document(s)87) filed by Douglas J. Pick on behalf of Urban Atelier Group, LLC. (Pick, Douglas) (Entered: 10/22/2024) |
| 10/22/2024 | 96 (8 pgs) | Affidavit *Urban Atelier Group, LLL's Affidavit in Support of Debtor's Motion for Relief From the Automatic Stay* (related document(s)87) filed by Douglas J. Pick on behalf of Urban Atelier Group, LLC. (Pick, Douglas) (Entered: 10/22/2024) |
| 10/22/2024 | 97 (4 pgs) | Certificate of Service (related document(s)87) Filed by Michael J. Stafford on behalf of ACE WIRE & CABLE CO, INC. (Stafford, Michael) (Entered: 10/22/2024) |
| 10/22/2024 | 98 (12 pgs) | Omnibus Reply to Motion /*Debtor's Omnibus Reply to the Objections filed to Motion for Entry of an Order Modifying the Automatic Stay Imposed by 11 U.S.C. 362(a) and Approving the Stipulation Between and Among the Debtor, UAG, Firecom, Ledpax, and Kinsley Consenting to Modification of the Existing Subcontract with the Debtor for the Sackett/Bond Project* (related document(s)87) filed by Julie Cvek Curley on behalf of D&D Electrical Construction Company Inc.. (Curley, Julie) (Entered: 10/22/2024) |
| 10/30/2024 | 99 (3 pgs) | Order Signed On 10/30/2024, Modifying The Automatic Stay Imposed By 11 U.S.C. 362(a) And Approving The Stipulation Between And Among The Debtor, UAG, Firecom, Ledpax, And Kinsley Consenting To Modification Of The Existing Subcontract With The Debtor For The Sackett/Bond Project (Related Doc # 87) (Ebanks, Liza) (Entered: 10/30/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/04/2024 21:53:40 | | | |
| **PACER Login:** | jcurley1 | **Client Code:** | DDElectrical |
| **Description:** | Docket Report | **Search Criteria:** | 24-22694-shl Fil or Ent: filed From: 10/21/2020 To: 11/4/2024 Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |

| Billable Pages: | 9 | Cost: | 0.90 |