KIRBY AISNER & CURLEY LLP
*Attorneys for the Debtor*
700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500
Julie Cvek Curley, Esq.
Email: JCurley@kacllp.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
D&D ELECTRICAL CONSTRUCTION COMPANY, INC.,

                           Plaintiff,

                    -against-

JDS CONSTRUCTION GROUP LLC and 616 FIRST AVENUE LLC,

                          Defendants.
-------------------------------------------------------------------X

District Court Docket No.: 24-8410

Civil Action

Supreme Court of New York,
New York County
Index No. 655742/2021

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

D&D ELECTRICAL CONSTRUCTION COMPANY, INC.,

                          Debtor.
-------------------------------------------------------------------X

Chapter 11
Case No. 24-22694-SHL

## STATEMENT PURSUANT TO FED.R.CIV.P. RULE 7.1

      Pursuant to Fed.R.Civ.P. Rule 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for D&D Electrical Construction Company, Inc., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: Scarsdale, New York
       November 4, 2024

                            KIRBY AISNER & CURLEY LLP
                            *Attorneys for D&D Electrical Construction Company Inc.*
                            700 Post Road, Suite 237
                            Scarsdale, New York 10583
                            (914) 401-9500

                            By: */s/ Julie Cvek Curley*
                                 Julie Cvek Curley